**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DENISE DONLON,            :  No. 925 MAL 2015
                               :
           Petitioner     :
                               :  Petition for Allowance of Appeal from
                               :  the Order of the Commonwealth Court
          v.              :
                               :
                               :
WORKERS' COMPENSATION APPEAL   :
BOARD (COUNTY OF BUCKS),      :
                               :
          Respondent    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.